# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **HEATHER WOODARD** and **BRENT WOODARD,** *Individually and as Natural Mother and Father and Next Friends of Their Sons, P.W. and B.W.* | § § § § § § § | **PETITIONERS** |
| **v.** | § § § | **Civil No. 1:26cv76-HSO-BWR** |
| **ANDREA SANDERS,** *in Her Official Capacity* | § § § | **RESPONDENT** |

## FINAL JUDGMENT

In accord with the Court's Order entered herewith,

**IT IS, ORDERED AND ADJUDGED,** that this civil action is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 11th day of March, 2026.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
CHIEF UNITED STATES DISTRICT JUDGE