IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **HEATHER WOODARD and BRENT WOODARD,** *Individually and as Natural Mother and Father and Next Friends of Their Sons, P.W. and B.W.* § § § § § § § | | **PETITIONERS** |
| **v.** § § § | | **Civil No. 1:26cv76-HSO-BWR** |
| **ANDREA SANDERS,** *in Her Official Capacity* § § | | **RESPONDENT** |

## DENIAL OF CERTIFICATE OF APPEALABILITY

A final order adverse to the applicants having been filed in the above-captioned habeas corpus case, in which the detention complained of arises out of process issued by a state court or a proceeding pursuant to 28 U.S.C. §§ 2241 or 2254, the Court, considering the record in the case and the requirements of 28 U.S.C. § 2253, Rule 22(b) of the Federal Rules of Appellate Procedure, and Rule 11(a) of the RULES GOVERNING SECTION 2254 CASES FOR THE UNITED STATES DISTRICT COURTS, hereby finds that:

A Certificate of Appealability should not issue in this case. Jurists of reason could not conclude that the Court's dismissal on procedural grounds was debatable or incorrect. *See Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

Date: March 11, 2026          *s/ Halil Suleyman Ozerden*
                              HALIL SULEYMAN OZERDEN
                              CHIEF UNITED STATES DISTRICT JUDGE